

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-25-00238-CV

**IN THE INTEREST OF L.L.E.**, a Child

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 24-0950-CV-E
Honorable Thomas Nathaniel Stuckey, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE SPEARS, AND JUSTICE MCCRAY

In accordance with this court's opinion of this date, the trial court's termination order is AFFIRMED, and appointed counsel's motion to withdraw is DENIED.

We order that no costs be assessed against appellant because he is indigent.

SIGNED July 16, 2025.

_____
Rebeca C. Martinez, Chief Justice